FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 SEP 20 AM 10: 05
CLERK J. Hodge
SO. DIST. OF GA.

PRETRIAL DIVERSION AGREEMENT
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE <u>Aldrickus T. Cuyler</u>     INDICTMENT NO.: 3:18-cr-00009

The Court has been advised that Aldrickus T. Cuyler has entered into a pretrial diversion agreement dated September 19, 2018, with the United States Attorney's Office. A copy of the agreement is attached to this order and incorporated by reference.

The pretrial diversion agreement is accepted and pursuant to Title 18, United States Code, Section 3161(h)(2), the Court excludes from the time calculation under the Speedy Trial Act the time between September 19, 2018, and the conclusion of the prosecution deferment period.

SO ORDERED this 20th day of September 2018.

_____
HONORABLE DUDLEY H. BOWEN, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA